CHARLES H. WILSON and Others, Respondents, v. WILLIAM J. HOGGSON and

Others, Appellants, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that no long account is involved. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.